**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JACK MANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26 C 04724 |
| | ) | |
| PERMA-SEAL BASEMENT SYSTEMS, INC., | ) | Judge John J. Tharp, Jr. |
| | ) | |
| | ) | Magistrate Judge Laura K. McNally |
| Defendant. | ) | |

**DEFENDANT'S OPPOSED MOTION TO DISMISS**
**COUNTS II AND III OF PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant, Perma-Seal Basement Systems, Inc. ("Defendant"), through its attorneys, respectfully requests the Court to dismiss Counts II and III of the First Amended Complaint filed by Plaintiff, Jack Mann ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Defendant states the following:

1. On July 23, 2026, Defendant moved to dismiss Counts II (Failure to Accommodate) and III (Hostile Work Environment) of Plaintiff's original Complaint pursuant to Rule 12(b)(6). (Dkt. Nos. 20-21). Rather than responding to Defendant's Motion, Plaintiff sought leave to file a First Amended Complaint, which the Court granted. (Dkt. Nos. 25-25.4, 26). Plaintiff subsequently filed his First Amended Complaint on September 1, 2026. (Dkt. No. 29)

2. The First Amended Complaint pleads four-counts of alleged violations of the Americans with Disabilities Act ("ADA") including: Count I, disability-based discrimination; Count II, failure to accommodate; Count III, disability-based harassment; and Count IV retaliation. *See* (Dkt. No. 29)

3. Defendant again moves to dismiss Counts II and III of the First Amended Complaint for failure to state a claim for failure to accommodate and harassment.

4. Although Plaintiff added additional allegations, they are largely conclusory and the amended pleading fails to cure the deficiencies identified in Defendant's original Motion to Dismiss. *See* (Dkt Nos. 20-21)

5. Count II fails because Plaintiff does not plausibly allege that he is a qualified individual with a disability who required a reasonable accommodation, nor does he identify any accommodation that was necessary to perform the essential functions of his position and that Defendant denied. To the contrary, Plaintiff alleges that he performed his job *without restrictions* and that his disability did not impact his ability to perform its essential functions.

6. Count III likewise fails because Plaintiff does not allege conduct that was sufficiently severe or pervasive to constitute a hostile work environment under the ADA. The First Amended Complaint continues to allege a few isolated comments and ordinary workplace decisions concerning assignments and performance management, which fall far short of actionable disability-based harassment as a matter of law.

7. Plaintiff's counsel has informed Defendant's counsel that Plaintiff opposes this Motion. The Parties have agreed on a briefing schedule, which Defendant has filed with this Motion.

8. Defendant has filed a Memorandum of Law, which it incorporates into this Motion.

WHEREFORE, Defendant respectfully requests that this Court dismiss Counts II and III of the First Amended Complaint with prejudice and grant all other and further relief the Court deems just.

Dated: September 15, 2026

Respectfully submitted,

PERMA-SEAL BASEMENT SYSTEMS, INC.

By: /s/ Eduardo Roa
One of Its Attorneys

Antonio Caldarone (6285859)
Eduardo Roa (6347791)
Laner Muchin, Ltd.
515 North State Street, Suite 2400
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)
acaldarone@lanerlaw.com
eroa@lanerlaw.com

## CERTIFICATE OF SERVICE

I, Eduardo Roa, the undersigned attorney, hereby certify that on September 15, 2026, I electronically filed the foregoing **Defendant's Opposed Motion to Dismiss Counts II and III of Plaintiff's First Amended Complaint** using the CM/ECF system, and therefore served the same on the parties of record in this case, who may access this filing through the CM/ECF system.

Sophia K. Steere
Nathan Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
ssteere@atlaslawcenter.com
Nvolheim@atlaslawcenter.com

/s/Eduardo Roa